UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREA WEINSTEIN, on behalf of herself and those similarly situated,

                        Plaintiff,

– against –

TICKETNETWORK, INC. AND JOHN DOES 1-50,

                        Defendants.

ECF Case

Case #: 10-cv-8253 (RJH)

## NOTICE OF CHANGE OF ADDRESS

To:    The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE THAT effective immediately, Randall S. Newman, P.C. has changed its address to 37 Wall Street, PH D, New York, NY 10005. The phone number and fax number for Randall S. Newman, P.C. has not changed.

Dated: New York, New York
       December 16, 2010                    RANDALL S. NEWMAN, P.C.

                                              By:    s/ Randall S. Newman
                                                     Randall S. Newman, Esq. (RN7862)
                                                     37 Wall Street, PHD
                                                     New York, New York 10005
                                                     (212) 797-3737
                                                     rsn@randallnewman.net

                                                   *Attorney for Plaintiff,*
                                                   *Andrea Weinstein*

TO:    Ariel Y. Graff, Esq.
         Thompson Wigdor & Gilly LLP
         85 Fifth Avenue
         New York, NY 10003

         *Attorneys for Defendant,*
         *TicketNetwork, Inc.*